1  Jeremy T. Bergstrom, Esq.                                  E-filed on February 12, 2009
   Attorney Bar No. 6904
2  MILES, BAUER, BERGSTROM & WINTERS, LLP
   2200 Paseo Verde Pkwy., Suite 250
3  Henderson, NV  89052
   (702) 369-5960 / FAX (702) 369-4955
4  File No. 09-90848

5  Attorneys for Secured Creditor
   COUNTRYWIDE HOME LOANS SERVICING, L.P.
6
                    **UNITED STATES BANKRUPTCY COURT**
7                         **DISTRICT OF NEVADA**

8  In Re,                                  BK No.: BK-S-08-25627-MKN

9  CARLITO EPISIOCO AND MARY               Chapter 7
   ARLENE EPISIOCO,
10                                         **REQUEST FOR SPECIAL NOTICE**
                    Debtor(s).
11

12  TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE
    ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

13         PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and

14  Bankruptcy Rules, Secured Creditor, COUNTRYWIDE HOME LOANS SERVICING, L.P.,

15  requests that all notices given in this case and all papers served or required to be served in this

16  case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge

17  Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the

18  following address and telephone number.

19         Jeremy T. Bergstrom, Esq.
           MILES, BAUER, BERGSTROM & WINTERS, LLP
20         2200 Paseo Verde Pkwy., Suite 250
           Henderson, NV  89052
21         PH (702) 369-5960

22                             MILES, BAUER, BERGSTROM & WINTERS, LLP

23  Dated:    February 12, 2009    By:    /s/ Jeremy T. Bergstrom, Esq.
                                          Jeremy T. Bergstrom, Esq.
24                                        Attorney for Secured Creditor

                                        1

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on   February 12, 2009   , a copy of the **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail, addressed as follows:

<u>ATTORNEY FOR DEBTOR</u>:
Anthony Deluca
5830 W. Flamingo Rd. #233
Las Vegas, NV  89103

<u>CHAPTER 7 TRUSTEE</u>:
Lenard E. Schwartzer
2850 S. Jones Blvd., #1
Las Vegas, NV  89146

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

        /s/ Sara Aslinger
        An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(09-90848/rfsnlv.dot/sla)**