# United States Bankruptcy Court
## District of Nevada

In re  **Carlito Episioco**
      **Mary Arlene Episioco**
                                    Debtor(s)

Case No. **08-25627**
Chapter **7**

## Notice of Change of Address

Debtor's Social Security Number:          **xxx-xx-1776**

Joint Debtor's Social Security Number:  **xxx-xx-7348**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:              **Carlito Episioco and Mary Arlene Episioco**

Street:            **322 Bella Calabria**

City, State and Zip:  **Las Vegas, NV 89183**

Telephone #:

**Please be advised that effective _____, 20___,
my (our) new mailing address and telephone number is:**

Name:              **Carlito Episioco and Mary Arlene Episioco**

Street:            **9405 S. Eastern Ave  Apt 1009**

City, State and Zip:  **Las Vegas, NV 89123**

Telephone #:

**/s/ Carlito Episioco**
**Carlito Episioco**
Debtor

**/s/ Mary Arlene Episioco**
**Mary Arlene Episioco**
Joint Debtor